# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**130**
**CAF 11-00273**
PRESENT: SMITH, J.P., FAHEY, CARNI, SCONIERS, AND GORSKI, JJ.

---

IN THE MATTER OF SINCERE N.
--------------------------------------------
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-RESPONDENT;

                                        MEMORANDUM AND ORDER

STEPHANIE M., RESPONDENT-APPELLANT,
AND JOHNNY N., RESPONDENT.
(APPEAL NO. 3.)

---

ALAN BIRNHOLZ, EAST AMHERST, FOR RESPONDENT-APPELLANT.

JOSEPH T. JARZEMBEK, BUFFALO, FOR PETITIONER-RESPONDENT.

EUGENE P. ADAMS, ATTORNEY FOR THE CHILD, BUFFALO, FOR SINCERE N.

---

        Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered January 26, 2011 in a proceeding pursuant to Family Court Act article 10.  The order, among other things, placed respondent Stephanie M. under the supervision of petitioner.

        It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

        Same Memorandum as in *Matter of Claudina E.P.* (___ AD3d ___ [Jan. 31, 2012]).

Entered:  January 31, 2012                    Frances E. Cafarell
                                              Clerk of the Court